

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2013

No. 04-13-00668-CR

Javier **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3388
The Honorable Angus K. McGinty, Judge Presiding

## ORDER

The reporter's record was originally due to be filed in this appeal on November 15, 2013. On November 18, 2013, the court reporters responsible for preparing the record, Ms. Erminia Uviedo and Ms. Kay Gittinger, were notified that the record was late and were instructed to either: (1) file a notification of late record if the record had not been filed due to nonpayment; or (2) file the reporter's record no later than December 18, 2013. Neither court reporter responded to our order, and neither court reporter has filed their portion of the record.

It is therefore ORDERED that Ms. Erminia Uviedo and Ms. Kay Gittinger file the reporter's record in this court no later than January 9, 2014. If the record is not received by such date, an order may be issued directing Ms. Uviedo and Ms. Gittinger to appear and show cause why they should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Erminia Uviedo and Ms. Kay Gittinger by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Angus McGinty, Judge of the 144th Judicial District Court.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2013.

Keith E. Hottle
Clerk of Court

